# EXHIBIT A

**United Airlines Inc.**
16th Floor - HSCPZ
609 Main Street
Houston, TX 77002
Ph: 877/825-3729

| Pay Group: | SMF-Semimonthly Flt Attendants |
| Pay Begin Date: | 11/30/2019 |
| Pay End Date: | 12/15/2019 |

**UNITED**

Thanks for all you do for United !

| Advice #: | |
| Advice Date: | 01/02/2020 |

**Ingrid Raganova**
Avenida Amalia Rodrigues
No. 10, 3A
Ramada,    2620--520

| Employee ID: | |
| Department: | 7136-INFLT ASSIGNMENT-EWR |
| Location: | Newark, New Jersey |
| Job Title: | Flight Attendant - Domestic |

| TAX DATA: | Federal | State |
| Marital Status: | | |
| Allowances: | | |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| | | | ----------Current---------- | | ---------YTD--------- | |
| Description | Rate | Hours WKD | Oth Hours | Earnings | Hours | Earnings |

## TAXES

| Description | Current | YTD |

| | |
| TOTAL: | |
| * Denotes Excluded From Earnings Total | |

| TOTAL: | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |

| TOTAL: | |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |

| TOTAL: | |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |

| TOTAL: | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| Current | | | | | |
| YTD | | | | | |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Deposit Amount |
| Advice | Checking | | |
| | Checking | | |
| | Checking | | |
| | Checking | | |
| | Checking | | |
| TOTAL: | | | |

NON-NEGOTIABLE