UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| INGRID RAGANOVA,<br><br>Plaintiff(s),<br><br>UNITED AIRLINES, INC., UNITED AIRLINES HOLDINGS, INC., GARRETT FOSTER, STACY KATZ, & JOHN DOES 1-100,<br><br>Defendants. | Civil Action No.: 2:24-cv-09096<br><br>**CERTIFICATE OF SERVICE AND FILING** |

I hereby certify that on this date, we caused a copy of the following documents to be electronically filed with the United States District Court of New Jersey:

1. Defendant United Airlines, Inc.'s Notice of Removal and annexed Exhibits;

2. Civil Cover Sheet;

3. Defendant United Airlines, Inc.'s Rule 7.1 Corporate Disclosure Statement;

4. Certification of Suzanne M. Cerra, Esq. in Support of Notice of Removal;

5. Declaration of Dorota Karpierz in Support of Notice of Removal and annexed Exhibits;

6. Application for Clerk's Extension;

7. Certificate of Service and Filing.

I further certify that we caused a copy of these documents to be served on this date, via electronic mail, as follows:

David R. Castellani, Esq.
Castellani Law Firm, LLC
450 Tilton Road, Suite 245
Northfield, NJ 08225
*Attorneys for Plaintiff*

2

                                    NUKK-FREEMAN & CERRA, P.C.
                                    *Attorneys for Defendant United Airlines, Inc.*

                             BY: */s/ Suzanne M. Cerra*
                                   Suzanne M. Cerra, Esq.
                                   26 Main Street, Suite 202
                                   Chatham, New Jersey 07928
                                   scerra@nfclegal.com
                                   Telephone:  (973) 665-9100
                                   Facsimile:  (973) 665-9101

Dated:  September 11, 2024