UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INGRID RAGANOVA,<br><br>Plaintiff(s),<br><br>UNITED AIRLINES, INC., UNITED AIRLINES HOLDINGS, INC., GARRETT FOSTER, STACY KATZ, & JOHN DOES 1-100,<br><br>Defendants. | Civil Action No.: 2:24-cv-09091<br><br>**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant United Airlines, Inc. hereby states as follows:

United Airlines, Inc. is a wholly owned subsidiary of United Airlines Holdings, Inc., a publicly traded corporation. No publicly held company owns 10% or more of United Airlines Holdings, Inc.'s stock. A supplemental disclosure statement will be filed upon any change in the information provided herein.

NUKK-FREEMAN & CERRA, P.C.
*Attorneys for Defendant*
*United Airlines, Inc.*

By: */s/ Suzanne M. Cerra*
Suzanne M. Cerra, Esq.
Chatham Executive Center
26 Main Street, Suite 202
Chatham, New Jersey 07928
scerra@nfclegal.com
Telephone: (973) 665-9100
Fax: (973) 665-9101

Dated: September 11, 2024