**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INGRID RAGANOVA,<br><br>Plaintiff(s),<br><br>UNITED AIRLINES, INC., UNITED AIRLINES HOLDINGS, INC., GARRETT FOSTER, STACY KATZ, & JOHN DOES 1-100,<br><br>Defendants. | Civil Action No.: 2:24-cv-09096 |

**DEFENDANT UNITED AIRLINES, INC'S APPLICATION FOR A CLERK'S EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Application is hereby made pursuant to Local Civil Rule 6.1(b) by Defendant United Airlines, Inc. for a Clerk's Order extending the time within which Defendant United Airlines may answer, move, or otherwise respond to the Complaint by fourteen (14) days, up to and including **October 8, 2024**.  It is represented that:

1. No previous extension has been obtained by Defendant United Airlines in this action.

2. Defendant United Airlines was served with the State Court Action on or about September 3, 2024.

3. Defendant United Airlines filed a Notice of Removal on September 11, 2024.

4. Pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, the time for Defendant United Airlines to answer, move or otherwise respond to the Complaint presently expires on **September 24, 2024**.

5. Defendant United Airlines seeks an extension of time to answer, move or otherwise respond to the Complaint until **October 8, 2024**, pursuant to Local Civil Rule 6.1(b).

                                        NUKK-FREEMAN & CERRA, P.C.
*Attorneys for Defendant*
*United Airlines, Inc.*

BY: */s/ Suzanne M. Cerra*
      Suzanne M. Cerra, Esq.
      Sheryl Reba, Esq.
      Jean Schroll Knapp, Esq.
      26 Main Street, Suite 202
      Chatham, New Jersey 07928
      scerra@nfclegal.com
      sreba@nfclegal.com
      jschroll@nfclegal.com
      Telephone: (973) 665-9100
      Facsimile: (973) 665-9101

Dated:  September 11, 2024

## ORDER

The above application is ORDERED GRANTED, and the time within which Defendant United Airlines, Inc. shall answer, move, or otherwise reply to the Complaint is extended up to and including **October 8, 2024**.

                                        MELISSA E. RHOADS, Clerk

                                        By: _____
                                             Deputy Clerk

Dated: