**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INGRID RAGANOVA,<br><br>                  Plaintiff(s),<br><br>UNITED AIRLINES, INC., UNITED AIRLINES HOLDINGS, INC., GARRETT FOSTER, STACY KATZ, & JOHN DOES 1-100,<br><br>                  Defendants. | Civil Action No.: 2:24-cv-09096-WJM-SDA<br><br>**NOTICE OF APPEARANCE OF JEAN SCHROLL KNAPP, ESQ.** |

**To the Clerk of this Court and all parties of record:**

Please enter the appearance of Jean Schroll Knapp, Esq., as an attorney of record for Defendant UNITED AIRLINES, INC. ("Defendant") in the above-referenced action. Service of all papers should be addressed as follows:

Jean Schroll Knapp, Esq.
**NUKK-FREEMAN & CERRA, P.C.**
26 Main Street, Suite 202
Chatham, New Jersey 07928
Telephone:  (973) 665-9100
Facsimile:  (973) 665-9101
Email:  jschroll@nfclegal.com

                                                BY:  /s/ Jean Schroll Knapp_____
                                                     JEAN SCHROLL KNAPP, ESQ.

Dated:  November 19, 2024