# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| INGRID RAGANOVA,<br><br>Plaintiff(s),<br><br>UNITED AIRLINES, INC., UNITED AIRLINES HOLDINGS, INC., GARRETT FOSTER, STACY KATZ, & JOHN DOES 1-100,<br><br>Defendants. | Civil Action No.: 2:24-cv-09096<br><br>**NOTICE OF APPEARANCE OF SHERYL REBA, ESQ.** |

**To the Clerk of this Court and all parties of record:**

Please enter the appearance of Sheryl Reba, Esq., as an attorney of record for Defendant UNITED AIRLINES, INC., ("Defendant") in the above-referenced action. Service of all papers should be addressed as follows:

Sheryl Reba, Esq.
**NUKK-FREEMAN & CERRA, P.C.**
26 Main Street, Suite 202
Chatham, New Jersey 07928
Telephone: (973) 665-9100
Facsimile: (973) 665-9101
Email: sreba@nfclegal.com

BY: /s/ Sheryl Reba
     Sheryl Reba, Esq.

Dated: November 19, 2024