# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INGRID RAGANOVA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., UNITED AIRLINES HOLDINGS, INC., GARRETT FOSTER, STACY KATZ, & JOHN DOES 1-100,<br><br>　　　　　　Defendants. | Civil Action No.: 2:24-cv-09096<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT UNITED AIRLINES HOLDINGS, INC.** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties and their respective counsel, that the above-captioned be and hereby is dismissed as to Defendant United Airlines Holdings, Inc. only, without prejudice and without costs or fees to either party, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| **CASTELLANI LAW FIRM LLC** | **NUKK-FREEMAN & CERRA, P.C.** |
| By: _David Castellani_<br>David Castellani, Esq.<br>450 Tilton Road, Suite 245<br>Northfield, NJ 08225<br>Telephone: 609-641-2288<br>David@CastellaniLaw.com<br>*Counsel for Plaintiff* | By: _[signature]_<br>Suzanne M. Cerra, Esq.<br>26 Main Street, Suite 202<br>Chatham, NJ 07928<br>Telephone: (973) 665-9100<br>Fax: (973) 665-9101<br>scerra@nfclegal.com<br>*Counsel for Defendant United Airlines, Inc.* |
| Dated: 1/15/2025 | Dated: 1/15/2025 |