IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INGRID RAGANOVA,<br><br>               Plaintiff,<br>v.<br><br>UNITED AIRLINES, INC., UNITED AIRLINES HOLDINGS, INC., GARRETT FOSTER, STACY KATZ, & JOHN DOES 1-100,<br>               Defendants. | Civil Action No.: 2:24-cv-09096<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT UNITED AIRLINES HOLDINGS, INC.** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties and their respective counsel, that the above-captioned be and hereby is dismissed as to Defendant United Airlines Holdings, Inc. only, without prejudice and without costs or fees to either party, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**CASTELLANI LAW FIRM LLC**

By: *David Castellani*
David Castellani, Esq.
450 Tilton Road, Suite 245
Northfield, NJ 08225
Telephone: 609-641-2288
David@CastellaniLaw.com
*Counsel for Plaintiff*

Dated: 1/15/2025

**NUKK-FREEMAN & CERRA, P.C.**

By: *Suzanne*
Suzanne M. Cerra, Esq.
26 Main Street, Suite 202
Chatham, NJ 07928
Telephone: (973) 665-9100
Fax: (973) 665-9101
scerra@nfclegal.com
*Counsel for Defendant United Airlines, Inc.*

Dated: 1/15/2025

So Ordered on 1/16/2025:

_____
William J. Martini, U.S.D.J.